# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| POLITICAL PRISONER #DL4686 (A/K/A ALTON D. BROWN), | : | No. 80 EM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition or Extraordinary Relief is DENIED.